UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Gary Lawlor</u>

    v.                               Civil No. 12-cv-055-PB

<u>Trish Lee, et al.</u>

### O R D E R

On today's date, a preliminary pretrial conference was held in this case. Gary Lawlor appeared on his own behalf; Attorney Curran appeared for defendants. The parties agreed to the proposed discovery plan (doc. no. 21). The court approves and adopts the discovery plan as a pretrial scheduling order. Trial is scheduled for two-week period beginning November 5, 2013.

    SO ORDERED.

                                                    _____
                                                    Landya B. McCafferty
                                                    United States Magistrate Judge

Date: August 17, 2012

cc:  Gary Lawlor, pro se
     John A Curran, Esq.